UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE ANN CYR, Administratrix of the Estate of VINCENT ALEXANDER DAVALOS, <br><br> Plaintiff, <br><br> v. <br><br> SCHUYLKILL COUNTY, PRIMECARE MEDICAL INC., OFFICER BETTINGER, OFFICER SABOL, LIEUTENANT KEPPEL, OFFICER KLINGER, OFFICER FRYE, OFFICER BENDER, OFFICER RAINIS, NURSE GROSS, and NURSE HYSOCK, <br><br> Defendants. | JURY TRIAL DEMANDED <br><br> NO.: 3:22-cv-0453 <br><br> (MAGISTRATE JUDGE SAPORITO) |

## ORDER

**NOW**, this 6th day of December, 2023, upon consideration of the parties' request to finalize fact discovery after the period to do so has passed, **IT IS HEREBY ORDERED** that the request is **GRANTED**. The parties may complete the outstanding discovery and any disputes pertaining to the remaining discovery should be brought to the attention of the Court by way of a brief letter detailing the dispute. The deadlines for expert reports and dispositive motions remain unchanged from the Court's September 22, 2023 Order. (*See* Doc. 47).

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge