UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE ANN CYR, Administratrix of the Estate of VINCENT ALEXANDER DAVALOS, : : : : : | |
| Plaintiff, : : | |
| : | JURY TRIAL DEMANDED |
| v. : : | NO.: 3:22-cv-0453 |
| SCHUYLKILL COUNTY, PRIMECARE MEDICAL INC., OFFICER BETTINGER, OFFICER SABOL, LIEUTENANT KEPPEL, OFFICER KLINGER, OFFICER FRYE, OFFICER BENDER, OFFICER RAINIS, NURSE GROSS, and NURSE HYSOCK, : : : : : : : : | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. : | |

# EXHIBIT "3"
## Body Cam Video filed in opposition to Defendants' summary judgment motions
(MO41819 20200609 112336)

Two Copies Provided to the Clerk's Officer Pursuant to Standing Order No. 2022-14