IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHERINE ANN CYR,** : | CIVIL ACTION NO. 3:22-CV-453 |
| **Administratrix of the Estate of** : | |
| **VINCENT ALEXANDER DAVALOS,** : | (Judge Neary) |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **SCHUYLKILL COUNTY,** : | |
| **PRIMECARE MEDICAL INC.,** : | |
| **OFFICER BETTINGER, OFFICER** : | |
| **SABOL LIEUTENANT KEPPEL,** : | |
| **OFFICER KLINGER, OFFICER FRYE,** : | |
| **OFFICER BENDER, OFFICER** : | |
| **RAINIS, NURSE GROSS, and** : | |
| **NURSE HYSOCK,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 30th day of September, 2025, upon consideration of the motions (Docs. 52, 55) for summary judgment filed by the defendants, and the parties' respective briefs (Docs. 54, 59, 67, 69, 72) in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Defendants' motions (Docs. 52, 55) for summary judgment are GRANTED.

2. The motion (Doc. 50) *in limine* is DENIED as moot.

3. Judgment shall be ENTERED in favor of all defendants and against plaintiff Catherine Ann Cyr, Administratrix of the Estate of Vincent Alexander Davalos.

4. The Clerk of Court is DIRECTED to close this case.

                                              /S/ KELI M. NEARY
                                              Keli M. Neary
                                              United States District Judge
                                              Middle District of Pennsylvania